**STATE of Missouri, Respondent,**

v.

**John DECLUE, Appellant.**

No. 72985.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 11, 1998.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before PUDLOWSKI, P.J., and CRANDALL and AHRENS, JJ.

## ORDER

PER CURIAM.

John Declue (Defendant) appeals from the trial court's judgment entered after a jury convicted him of first degree murder, section 565.020, RSMo 1994, first degree robbery, section 569.020, RSMo 1994, and two counts of armed criminal action, section 571.015, RSMo 1994.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. Further, there is sufficient evidence from which a reasonable juror might find the defendant guilty beyond a reasonable doubt.

